UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT J. MCDEARMON, | : | |
| Petitioner, | : | CRIMINAL ACTION NO. |
| | : | 1:07-CR-00042-MHS |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | |
| | : | 1:13-CV-3175-MHS |
| Respondent. | : | |

## ORDER

No objections having been filed, after a <u>de novo</u> review, the Court ADOPTS the Magistrate Judge's Report and Recommendation [#29] and DENIES petitioner's motion to amend, etc. [#28].

IT IS SO ORDERED, this 3rd day of December, 2013.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)